**No. 09-885. Standard Insurance Company, Petitioner v. Monica Lindeen,**

State Auditor, ex officio Commissioner of Insurance.

560 U.S. 904, 130 S. Ct. 3275, 176 L. Ed. 2d 1182, 2010 U.S. LEXIS 4079.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 584 F.3d 837.